```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED: __10/23/09__         │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
                                        :
KEVIN WASHINGTON,                       :      06 CV 13520 (LAP) (RLE)
                                        :
                    Plaintiff,          :
                                        :      ORDER OF DISMISSAL
        v.                              :
                                        :
J. CONWAY,                              :
                                        :              MAILED TO pl/l/ COUNSEL
                    Defendant.          :
                                        :
---------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:


        The Court's records in this action disclose that a complaint was filed on

November 8, 2006.  On April 25, 2008, Magistrate Ellis issued a Report and

Recommendation that the action should be dismissed in its entirety.  The parties were

given ten days to file written objections to the Report and Recommendation.  Because no

such objections have been filed, it is hereby ORDERED that Judge Ellis' Report and

Recommendation is adopted and that the action is dismissed in its entirety.

        The Clerk of the Court shall mark this action closed and all pending motions

denied as moot.

SO ORDERED:

Dated:  October 21, 2009

                                        _____
                                        LORETTA A. PRESKA, Chief U.S.D.J.


Orderacceptrr6